IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT E. BANKS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.

CASE NO. 1D14-5719

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed January 9, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Robert E. Banks, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DISMISSED. See Baker v. State, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, RAY, and MAKAR, JJ., CONCUR.